JAP:MKM

**12 M 623**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ABRAHAM PADIN,

          Defendant.

- - - - - - - - - - - - - - - - -X

PRE-ARRAIGNMENT
C O M P L A I N T
(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

      ERIC PAUTA, being duly sworn, deposes and says that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

      Upon information and belief, on or about June 30, 2012, within the Eastern District of New York and elsewhere, defendant ABRAHAM PADIN did knowingly, intentionally and unlawfully import into the United States from a place outside thereof cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

1. On June 30, 2012, defendant ABRAHAM PADIN arrived at John F. Kennedy International Airport in Queens, New York, aboard Jet Blue Airlines Flight No. 810 from Santo Domingo, Dominican Republic.

2. The defendant ABRAHAM PADIN was selected for a Customs and Border Protection ("CBP") examination of his luggage. CBP officers conducted an inspection of the defendant's luggage, which yielded negative results. During his luggage examination, the defendant exhibited nervous behavior, including shaky hands. As a result, CBP officers requested and received approval for a pat down, which also yielded negative results.

3. Upon further questioning, several inconsistencies were revealed in the defendant's story. The defendant was then presented with an x-ray consent form which he read, understood and voluntarily signed. The defendant then voluntarily admitted to swallowing approximately 70 pellets of cocaine.

4. The defendant was escorted to a medical facility where an x-ray was performed and revealed foreign bodies in the defendant's digestive tract. The defendant then passed a pellet, the contents of which field-tested positive for the presence of cocaine. The defendant was placed under arrest.

3

5. Defendant ABRAHAM PADIN will be detained in the medical facility until such time as he has passed all the pellets contained within his intestinal tract.

WHEREFORE, your deponent respectfully requests that defendant ABRAHAM PADIN be dealt with according to law.

ERIC PAUTA
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
2nd day of July, 2012

HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK